IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODOSVALDO POZO,

      Plaintiff,

                                JUDGMENT IN A CIVIL CASE

v.                                    Case No. 11-cv-56-bbc

PETER HUIBREGTSE,
SGT. RICHARD MATTY, ROBERT HABLE,
HEALTH SERV. ADMINISTRATOR and
SECURITY DIRECTOR SCHWANDT,

      Defendants.

      This action came for consideration before the court with District Judge Barbara B. Crabb  presiding.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered:

      (1) dismissing defendant Schwandt for plaintiff's failure to state claim upon which relief may be granted; and

      (2) dismissing this case without prejudice against defendants Peter Huibregtse, Sgt. Richard Matty, Robert Hable and Health Serv. Administrator for plaintiff's failure to exhaust his administrative remedies.

Peter Oppeneer, Clerk of Court           8/2/11
                                                  Date